# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MARCUS LAMONT OLLIE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-1261-S-BN |
| | § | |
| CITY OF DESOTO, et al. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 8. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objections were made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

The Court therefore **DISMISSES** the complaint but **GRANTS** Plaintiff Marcus Lamont Ollie leave to file an amended complaint with **21 days**. Failure to do so will result in dismissal of this case with prejudice without further notice.

**SO ORDERED.**

SIGNED September 22, 2022.

_____
**UNITED STATES DISTRICT JUDGE**