# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MARCUS LAMONT OLLIE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-1261-S-BN |
| | § | |
| CITY OF DESOTO, et al. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and Plaintiff did not request leave to amend to cure the fatal pleading deficiencies identified in the Findings, Conclusions, and Recommendation. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.[1]

**SO ORDERED.**

SIGNED August 3, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

1 The Court adds one note to the Magistrate Judge's well-reasoned Findings, Conclusions, and Recommendation. The Magistrate Judge recommended dismissing the majority of the individual capacity claims on statute of limitations grounds. In making this recommendation, the Magistrate Judge stated that the alleged violations occurred in February 2019. Although it is not entirely clear, Plaintiff appears to base some of his claims on his second arrest, which occurred on April 28, 2020. *See, e.g.*, Am. Orig. Compl. For Malicious Prosecution [ECF No. 9] 12. Because this date also falls more than two years before Plaintiff filed suit, Plaintiff's claims are also barred by the statute of limitations to the extent they are based on his second arrest.